UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID L. BEESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:03-cv-1472-DFH-TAB |
| ) | |
| INDIANA BELL TELEPHONE CO., INC., ) | |
| and COMMUNICATIONS WORKERS OF ) | |
| AMERICA, LOCAL UNION 4900, ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred the defendant's motion for summary judgment to Magistrate Judge Tim A. Baker for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). On August 29, 2005, Judge Baker issued a detailed recommendation explaining why the motion should be granted. Neither party has filed an objection to that recommendation. Accordingly, the court hereby adopts Judge Baker's recommendation and GRANTS defendant's motion for summary judgment for the reasons stated in his opinion. Final judgment shall be entered in favor of defendant.

So ordered.

Date:  September 28, 2005

_David F. Hamilton_
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Stephanie A.H. Blackman
BARNES & THORNBURG
stephanie.blackman@btlaw.com

Michael Charles Kendall
KENDALL & HAHN
sjatlaw@aol.com

Kenneth J. Yerkes
BARNES & THORNBURG LLP
ken.yerkes@btlaw.com