UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID L. BEESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:03-cv-1472-DFH-TAB |
| ) | |
| INDIANA BELL TELEPHONE CO., INC., ) | |
| and COMMUNICATIONS WORKERS OF ) | |
| AMERICA, LOCAL UNION 4900, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court having this day granted defendant's motion for summary judgment, and plaintiff having previously stipulated to dismissal of his claims against defendant Communication Workers of America, Local Union 4900, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff David L. Beeson take nothing by his complaint against defendants Indiana Bell Telephone Co., Inc., and Communications Workers of America, Local Union 4900, and that this action is dismissed with prejudice.

Date:  September 28, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _Linda S Carmichael_
       Deputy Clerk, U.S. District Court

-2-

Copies to:

Stephanie A.H. Blackman
BARNES & THORNBURG
stephanie.blackman@btlaw.com

Michael Charles Kendall
KENDALL & HAHN
sjatlaw@aol.com

Kenneth J. Yerkes
BARNES & THORNBURG LLP
ken.yerkes@btlaw.com